STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BRUNO JOSEPH SORIANO, DEFENDANT-APPELLANT.

Argued October 21, 1969—Decided November 3, 1969.

*Miss Cynthia M. Jacob,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. VanNess,* Public Defender, attorney).

*Mr. Robert N. Golden,* Assistant County Prosecutor, argued the cause for respondent (*Mr. Michael R. Imbriani,* Somerset County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion per curiam in the Appellate Division, 107 *N. J. Super.* 286.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal* — NONE.